IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEAF TRADING CARDS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| v. § | 3:13-CV-00661-P |
| § | |
| PANINI AMERICA. INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and Plaintiff's Notice of Voluntary Dismissal without Prejudice, this case is dismissed against Defendant without prejudice.

**SO ORDERED** this 21st day of February, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE